THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LERNARD LAMONT DUNCAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:08-CV-867-TMH |
| ) | WO |
| OFFICER HAGLER, *et al.,* ) | |
| ) | |
| Defendants. ) | |

### ORDER

On February 18, 2011, the Magistrate Judge filed a Recommendation (Doc. 26) in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. 26) of the Magistrate Judge is ADOPTED;

2. The defendants' motion for summary judgment (Doc. 20) be GRANTED;

3. Judgment be GRANTED in favor of the defendants;

4. This case be DISMISSED with prejudice; and

5. The costs of this proceeding be taxed against the plaintiff.

An appropriate judgment will be entered.

Done this 16th day of March, 2011.

/s/ Truman M. Hobbs

SENIOR UNITED STATES DISTRICT JUDGE